# Court of Appeals
# of the State of Georgia

ATLANTA, February 20, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0703. MICHELLE YVONNE SALLET v. STATE OF GEORGIA.**
**A14A0704. MICHELLE YVONNE SALLET v. STATE OF GEORGIA.**

The appeals in these cases were docketed on December 13, 2013. As set forth in Court of Appeals Rules 22 (a) and 23 (a), appellants must file briefs including enumeration of errors within 20 days of the date of docketing of the appeals. Therefore, appellants' briefs and enumeration of errors were due no later than January 2, 2014. Appellants have neither filed briefs and enumeration of errors, nor requested an extension of time in which to do so. Accordingly, these appeals are hereby DISMISSED.



Court of Appeals of the State of Georgia
            Clerk's Office, Atlanta, 02/20/2014
            I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
            Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.